William S. Harris, State Bar No. 90341
LAW OFFICES OF WM. S. HARRIS
1499 Huntington Drive, Suite 403
South Pasadena, CA 91030
(626) 441-9300 - Phone
(626) 441-9301 - Fax
BillHarrisEsq@aol.com

Attorney for Defendant
RIGOBERTO PEREZ



# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA



| UNITED STATES OF AMERICA, | ) Case No. CR 08-688-AHM |
|---|---|
| Plaintiff, | ) EX PARTE APPLICATION OF |
| vs. | ) DEFENDANT RIGOBERTO |
| | ) PEREZ TO FILE DOCUMENT |
| RIGOBERTO PEREZ, | ) UNDER SEAL |
| Defendant. | ) |

Defendant Rigoberto Perez hereby applies ex parte for an order allowing him to file under seal the concurrently-lodged Stipulation and Proposed Order.

Said Stipulation and Proposed Order contain confidential information pertaining to Mr. Perez's sentencing presently scheduled for November 15, 2010. The Stipulation and Proposed Order should be sealed to protect the confidentiality of that information. It is respectfully requested that this Court grant this ex parte application and permit the under-seal filing of the Stipulation of the parties and

///
///
///
///


1. Proposed Order thereon.  A proposed order on this ex parte application is lodged
2. concurrently.

4. DATED: October 21, 2010

Respectfully submitted,

LAW OFFICES OF WM. S. HARRIS

By _____
William S. Harris
Attorney for Defendant
RIGOBERTO PEREZ

Wsh\5616\ex parte under seal #3

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, Teresa Mac Millan, am a resident of/employed in the aforesaid county, State of California; I am over the age of 18 and not a party to the within action; my business address is: 1499 Huntington Drive, Suite 403, South Pasadena, California 91030.

On October 21, 2010, I served the foregoing **EX PARTE APPLICATION OF DEFENDANT RIGOBERTO PEREZ TO FILE DOCUMENT UNDER SEAL** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Ariel A. Neuman, Esq.
Christoper Brunwin, Esq.
Assistant U.S. Attorneys
1500 U.S. Courthouse
312 N. Spring Street
Los Angeles, CA 90012

☒ (BY MAIL) I caused such envelope with postage thereon fully paid to be placed in the United States mail at South Pasadena, California.

☒ (FEDERAL) I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 21, 2010

_/s/ Teresa Mac Millan_
Teresa Mac Millan